CIVIL COVER SHEET FOR A PRISONER CASE  1:12-CV-4397

JUDGE _Ahoti_  DIVISION _ATLANTA_
MAG. JUDGE _Brill_  IFP _N_  FEE _N_
DATE FILED _December 19, 2012_  PREVIOUS CASES _Y_

NAME _Ulysses Thomas Ware_  I.D. # _56218-019_
PRO SE _✓_  ATTORNEY _____
PLACE OF INCARCERATION _Atlanta Prison Camp_
CITY _Atlanta_  STATE _GA_  COUNTY _Fulton_

TWT

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 463 | 28:2241fd | Habeas action by a Federal alien detainee. |
| 3 | 550 | 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | 28:1331pr | Prisoner civil rights action suing federal officials not involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | 28:1332 | Any prisoner action based on diversity. |
| ____ | 540 | ____ | OTHER: ____ |

____ DOCKET CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:
____ Pauper's affidavit insufficient or no affidavit
____ Complaint or petition not signed or is incomplete
____ No copies
____ Other: ____

TWT
663
530
28:2241 fd